1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN O ALI ) | CASE NO. 1:10--00378-LJO-GSA |
| ) | |
| Plaintiff, ) | District Judge Lawrence J. O'Neill |
| ) | Magistrate Judge Gary S. Austin |
| vs. ) | |
| ) | |
| CERTEGY CHECK SERVICES, INC., ) FIRST NATIONAL COLLECTION ) BUREAU, ZENITH ACQUISITION ) CORP., ABSOLUTE RESOLUTIONS ) CORP. ) | **ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| ) | |
| Defendants. ) | **[FILED CONCURRENTLY WITH STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES]]** |

The Court has reviewed the Stipulation of Plaintiff HUSSEIN O. ALI and Defendant CERTEGY CHECK SERVICES, INC., FIRST NATIONAL COLLECTION BUREAU, INC., ZENITH ACQUISITION CORP., and ABSOLUTE RESOLUTIONS CORP. ("Defendants") to dismiss with prejudice the above-entitled action, in its entirety.  Pursuant to the Stipulation between the parties, the Court orders as follows:

1

1.   That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).  Each party shall bear their own costs and expenses.

IT IS SO ORDERED.

**Dated:**   **April 30, 2010**                             /s/ Lawrence J. O'Neill
                                                                                 UNITED STATES DISTRICT JUDGE